

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Sean Carroll & Basin Roofing and    * From the 441st District Court
Construction, Inc., derivatively            of Midland County,
through Sean Carroll,                 Trial Court No. CV57702.

Vs. No. 11-22-00304-CV          * December 30, 2022

James Turner Wilson,           * Per Curiam Memorandum Opinion
                                       (Panel consists of: Bailey, C.J.,
                                       Trotter, J., and Williams, J.)

This court has considered Appellants' unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.